UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JEFFREY CREED SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 1:18-CV-91-KAC-SKL ) |
| OFFICER PATRICK RAMSEY, OFFICER JASON KIBBLE, and CORPORAL GENE PLANER, | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

Following the Court's "Memorandum Opinion and Order Granting Summary Judgment In Part" [Doc. 120], no claims remain before this Court in this action. Accordingly, the Court **DIRECTS** the Clerk to close the case.

**SO ORDERED**.

s/Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
   *s/ LeAnna R. Wilson*
   CLERK OF COURT